# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 12, 2023

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  Captain Mariella Creaghan
           v. Lloyd J. Austin, III, Secretary of Defense, et al.
           No. 22-1201
           (Your No. 22-5135)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 8, 2023 and placed on the docket June 12, 2023 as No. 22-1201.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst